UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JERRELL RAMON MOORE, | Case No. 22-CV-2476 (NEB/TNL) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| J. RARDIN, *Warden*, | |
| Respondent. | |

The Court has received the December 1, 2022, Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 16.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 16) is ACCEPTED; and

2. The action is DISMISSED WITH PREJUDICE.

JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 1, 2023          BY THE COURT:

                                 s/Nancy E. Brasel
                                 Nancy E. Brasel
                                 United States District Judge